UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. RECORDS, INC.,
BMG MUSIC,
SONY BMG MUSIC ENTERTAINMENT,
UMG RECORDINGS, INC.,
and ARISTA RECORDS LLC,

        Plaintiffs,

v.

WADE YELLE,

        Defendant.
_____/

Case No. 2:05-cv-19

Hon. Wendell A. Miles

## **ORDER OF DISMISSAL**

An Order to Show Cause having been sent to counsel on October 13, 2005 and plaintiff having failed to show good cause why this matter should not be dismissed as to defendant Wade Yelle, therefore,

IT IS HEREBY ORDERED that pursuant to W.D. Mich. LCivR 41.1, this matter against Wade Yelle is dismissed without prejudice.

Dated: January 5, 2006                            /s/ Wendell A. Miles
                                                                        Wendell A. Miles
                                                                        Senior U.S. District Judge